```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21608
   ZACHARY V PRUDE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2884


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/16/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG        .00             .00            .00
CITIMORTGAGE               MORTGAGE ARRE   29033.64             .00       4018.56
HAUSELMAN & RAPPIN         NOTICE ONLY     NOT FILED            .00            .00
DISH NETWORK               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED        1152.69             .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        9685.07             .00            .00
SBC                        UNSECURED       NOT FILED            .00            .00
WOW INTERNET & CABLE SER   UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
HOMEWOOD DISPOSAL SERVIC   UNSECURED       NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED        3621.48             .00            .00
MILITARY BOOK CLUB         UNSECURED       NOT FILED            .00            .00
RMI/MCSI                   UNSECURED         300.00             .00            .00
VILLAGE OF HOMEWOOD        UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         537.24             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1009.20             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         1335.40             .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         223.80             .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     2,254.00                        2,254.00
TOM VAUGHN                 TRUSTEE                                           545.44
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 6,818.00

PRIORITY                                        .00
SECURED                                    4,018.56
UNSECURED                                       .00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21608 ZACHARY V PRUDE
```

```
ADMINISTRATIVE                                                  2,254.00
TRUSTEE COMPENSATION                                              545.44
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                          6,818.00          6,818.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```